Name and Address: Adam McDonald
1728 Ocean Avenue #285
San Francisco, CA 94112
(415) 412-4212

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Adam McDonald
Plaintiff / Petitioner

VS.

Crystal Meagher
Defendant / Respondent

Case No. 07 5066 WDB

Document Name:

COMPLAINT

Demand for Jury Trial.

FILED
07 OCT -2 AM 10: 19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Miscarrage of Justice (Perjury in the State of California).

2  C. Meagher made false claims and untrue accounts in her

3  request for a civil protective order filed in California Supream

4  court, San Mateo County. She has, therefore, committed

5  Perjury in the state of California. (See documentation).

6  The two year order denies me rights of the Second and

7  Fourth Articles, limits my public freedom and access to community

8  areas, and sets me up for harsh convictions should I

9  encounter Meagher again.

10  C. Meagher was not being physically or psychologically abused,

11  hence, misuse of penal code 646.9 of 1990, amend 2002.

12  of Title 18. as filed by Pacifica Police Department on

13  May 11, 2007 on the Domestic Violence Hotline.

14  *Reference: National Coalition Against Domestic Violence and the

1. *Ref. Cont., Center of Domestic Violence Prevention, assisted
2. me in defining terms and where I have been wronged and
3. abused. Family Code 6200, Domestic Violence Prevention
4. Act. Crystal Meagher was not the victim of physical or
5. psychological abuse of property or person by a "stalker", no
6. criminal activity was reported. The Contrary is true.
7. Meagher and, unidentified, (Sache) male, called my [name on Police Report.]
8. voice message threatening me with violence, May,
9. 23rd 2007. FC 6383 officers of P.P.D., on may, 11th
10. and may, 24th of 2007, "Did not act in good faith."
11. being persuaded by association with the Meagher/Schneider
12. family. FC 6215 Emergency protective order (sec. 6240)
13. There was no grounds for this order, I, being in possession
14. of her card and personal number from our date on

1 on April 20th 2007. On June 8th I was served while

2 sitting in my truck. Trial on June 12th. I requested

3 the assistance of Pacifica Police Department as whitness.

4 None arrived. Judge Elizabeth Lee. We were sworn in

5 by oath. C. Meagher dressed in casual blue jeans,

6 flip flops, and white T-shirt, was not questioned and

7 sat silently. I was asked to present my defence.

8 I stated, "I was only given two days to prepare for trial."

9 I was not served in a timely manner. I requested, but not

10 granted, an informant on court rules. When I was

11 finished being questioned and stating my defence Judge Lee

12 asked C. Meagher, as plaintiff, if she wished to

13 proceed. Meagher said, "yes." I was issued a two

14 year order. Though copy offered, my defence

1. \* My defence was not collected. Nothing
2. regarding my defence was filed with State Court
3. in San Mateo County, under Crystal Meagher vs.
4. Adam McDonald. I am intentionally not filing
5. my defence for Case No. 463316 with this Complaint.
6. The following court order denies me my civil Rights,
7. my ability to access public centers and businesses in
8. Northern California, hinders my ability to be employed in
9. the field of education, and jeopardizes sincer relationships.
10. I was employed in the city of pacifica. I have had
11. to relocate to a new town and find other sources
12. of employment. This court order is an act of
13. abuse and has furthered hardship to my life.
14.

1. Settlement: Removal of civil restaining order and
2. all restrictions pertaining. Removal of name and records
3. from Domestic Violence Hotline, Police data bases,
4. and other law directories.
5. $2,000,000 Compensation.

| CH-140 | **Restraining Order After Hearing to Stop Harassment** |
|---|---|

*Clerk stamps date here when form is filed.*

FILED
SAN MATEO COUNTY
JUN 1 2 2007
Clerk of the Superior Court
By _____

① Your name *(person asking for protection)*:
Crystal T. Meagher

Your address *(skip this if you have a lawyer)*: *(If you want your address to be private, give a mailing address instead)*:
P.O. Box 1129

City: Pacifica  State: CA  Zip: 94044

Your telephone *(optional)*: (650) 270-5549

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number)*: _____

*Fill in court name and street address:*
Superior Court of California, County of San Mateo
1050 Old Mission Road
South San Francisco, CA 94080
www.sanmateocourt.org

② Name of person to be restrained:
Adam John McDonald

*Fill in case number:*
**Case Number:** 463316

Description:
Sex: ☒ M ☐ F   Height: 5'6"   Weight: 155   Race: white
Hair Color: Brown   Eye Color: Blue   Age: 32   Date of Birth: 12/13/74

③ **Hearing**

There was a hearing:
on *(date)*: JUN 1 2 2007   at *(time)*: 9:00 ☒ a.m. ☐ p.m.   Dept.: 17   Rm: P

_____ ELIZABETH LEE _____ made the orders at the hearing.
*(Name of judicial officer)*

These people were at the hearing:
a. ☒ Plaintiff *(the person in ①)*   c. ☐ Plaintiff's lawyer *(name)*: _____
b. ☒ Defendant *(the person in ②)*   d. ☐ Defendant's lawyer *(name)*: _____

④ **This is a Court Order**

You must obey all the orders indicated below. If you do not obey this Order, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

⑤ **Expiration Date**

This Order, except for an award of lawyer's fees, expires at:
*(time)*: _____ ☐ a.m. ☐ p.m. or ☒ midnight on *(date)*: 06-11-09
If no date is present, this Order expires three years from the date of issuance.

---

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Restraining Order After Hearing to Stop Harassment (CLETS)**
(Civil Harassment)

CH-140, Page 1 of 3

American LegalNet, Inc.
www.FormsWorkflow.com

Your name: Crystal T. Meagher

Case Number: 463316

## Instructions for the Protected Person

To the person in ① *(Write the name of the person in ①)*: Crystal T. Meagher

**⑫ ☑ Delivery to Law Enforcement**

If the court issues restraining orders, by the close of business on the date this Order is made, you or your attorney must deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below:

Name of Law Enforcement Agency: Pacifica Police Dept.
Address (City, State, Zip): Hwy 1 Pacifica, CA. 94044

**⑬ ☐ No Fee for Service of Order by Law Enforcement**

The sheriff or marshal will serve this Order without charge because the Order is based on stalking or a credible threat of violence resulting from a threat of sexual assault or stalking.

Date: 6-12-2007

▶ _____
Judicial Officer

ELIZABETH LEE

### Warnings and Notices to the Restrained Person in ②

#### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑨ above. The court will require you to prove that you did so. If you do not obey this Order, you can be charged with a crime.

### Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an Order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this restraining order are subject to criminal penalties.

*(Clerk will fill out this part)*
### Clerk's Certificate

I certify that this *Restraining Order After Hearing to Stop Harassment (CLETS)* is a true and correct copy of the original on file in the court.

Date: JUN 1 2 2007    Clerk, by _____, Deputy

### This is a Court Order.

**CH-120**  Notice of Hearing and Temporary Restraining Order

Clerk stamps date here when form is filed.

**FILED SAN MATEO COUNTY**
MAY 29 2007
Clerk of the Superior Court
By _____ DEPUTY CLERK

① **Name of person asking for protection:**
Crystal T. Meagher

Address (skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):
P.O. Box 1129

City: Pacifica   State: CA   Zip: 94044

Your telephone number (optional): (650) 270-5549

Your lawyer (if you have one): (Name, address, telephone number, and State Bar number): _____

Fill in court name and street address:
**Superior Court of California, County of San Mateo**
1050 Old Mission Road
South San Francisco, CA 94080
www.sanmateocourt.org

Court fills in case number when form is filed.
**Case Number:** 463316

② **Name of person to be restrained:**
Adam John McDonald

Description of that person:

Sex: ☒ M ☐ F   Height: 5'6"   Weight: 155 lbs   Race: White
Hair Color: Brown   Eye Color: Blue   Age: 32   Date of Birth: 12/13/74
Home Address (if known): live in his Ford Ranger pickup
City: usually Pacifica   State: CA   Zip: 94044
Work Address (if known): _____
City: _____   State: _____   Zip: _____

To the person in ②:

③ **Notice of Hearing**
A court hearing is scheduled on the request for orders against you to stop harassment:

Hearing Date → Date: 6/12/07   Time: 0900 AM
Dept.: SSF   Rm.: _____

Name and address of court if different from above: _____

If you do not want the court to make orders against you, file Form CH-110. Then come to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

④ **Court Orders**
The court (check a or b):

a. ☐ Has scheduled the hearing stated in ③. No orders are issued against you at this time.
b. ☐ Has scheduled the hearing stated in ③ and has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Notice of Hearing and Temporary Restraining Order (CLETS)**
(Civil Harassment)

CH-120, Page 1 of 4 →

American LegalNet, Inc.
www.FormsWorkflow.com

Your name: Crystal T. Meagher

Case Number: 463316

**(10)** ☑ **Other Protected Persons**
List of the full names of all family or household members protected by these orders:
April L. Schneider (mother of plantiff)

**Instructions for the Protected Person**

To the person in ①: *(Write the name of the person in ①):* Crystal T. Meagher

**(11) Service of Order on Law Enforcement**
If the court issues temporary restraining orders, by the close of business on the date the orders are made, you or your lawyer should deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below.

Name of Law Enforcement Agency: PACIFICA POLICE DEPT

Address (City, State, Zip):

**(12) Service of Documents**
You must have someone personally deliver to the person in ② a copy of all the documents checked below:
a. ☑ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)* (completed and file-stamped)
b. ☑ CH-100, *Request for Orders to Stop Harassment* (completed and file-stamped)
c. ☑ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)
d. ☐ CH-145, *Proof of Firearms Turned In or Sold* (blank form)
e. ☑ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*
f. ☐ Other *(specify):*_____

You must file with the court before the hearing a proof of service of these documents on the person in ②.

**(13) Time for Service** *(check a, b, or c)*
a. ☑ A copy of the documents listed in ⑫ must be served in person to the person in ② at least 5 days before the hearing.
b. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ② at least 2 days before the hearing.
c. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ② at least ____ days before the hearing.

**(14)** ☑ **No Fee for Filing**
Filing fees are waived.

**This is a Court Order.**

**CH-100** Request for Orders to Stop Harassment

*Clerk stamps date here when form is filed.*

**FILED**
SAN MATEO COUNTY
MAY 29 2007
By [signature]
Clerk of the Superior Court
DEPUTY CLERK

**① Your name** *(person asking for protection):*
Cristal J. Meagher

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*
P.O. Box 1129
City: Pacifica   State: CA   Zip: 94044
Your telephone number *(optional):* (650) 270-5549
Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):*
___

*Fill in court name and street address:*
Superior Court of California, County of San Mateo
1050 Old Mission Road
South San Francisco, CA 94080
www.sanmateocourt.org

**② Name of person you want protection from:**
Adam John McDonald

Describe the person: Sex: ☒ M ☐ F   Weight: 155 lbs.
Height: 5'6"   Race: White   Hair Color: Brown
Eye Color: Blue   Age: 32   Date of Birth: 12/13/74
Home Address *(if you know):* lives in vehicle
City: usually Pacifica   State: CA   Zip: 94044
Work Address *(if you know):* ___
City: ___   State: ___   Zip: ___

*Court fills in case number when form is filed.*
**Case Number: 463316**

**③ Besides you, who needs protection?** *(Family or household members)*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| April L. Schneider | F | 48 | ☒ Yes ☐ No | Mother |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 3—Describe Protected Persons" at the top of the page.

**④ Why are you filing in this court?** *(Check all that apply):*
☐ The person in ② lives in this county.
☐ I was hurt (physically or emotionally) by the person in ② here.
☒ Other *(specify):* person in ② sleeps in vehicle mostly in this county and is stalking me.

**⑤ How do you know the person in ②?** *(Describe):*
Aquaintance. We met surfing. He approached me one day at the beach (while I was in my vehicle) and introduced himself. We spoke on several occassions at the beach.

**This is not a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Orders to Stop Harassment**
**(Civil Harassment)**

CH-100, Page 1 of 4 →

American LegalNet, Inc.
www.FormsWorkflow.com

1. My first interaction with Adam McDonald was surfing @ Linda
2. Mar State Beach in Pacifica, in January of 2007. ~~He paddled~~
3. I had lost my surfboard in the water and he was also surfing.
4. He paddelled my surf board back over to me. I said 'thank you'
5. and told him I appreciated it because the water had been very
6. cold and I hadn't wanted to swim in it for long. He didn't
7. respond at all; I thought maybe he hadn't heard me, so I thanked
8. him again. No response. After that he began spending his days in
9. his vehicle on Roberts Rd (a local 'surf check' spot). I would see him
10. day after day alone in his car. I soon gathered that he was homeless
11. and lived out of his car. I saw him almost everyday there, always
12. staring intently as I drove by. Sometime, I believe in March, I was
13. in my vehicle checking the surf @ Rockaway State Beach, Pacifica. I saw
14. Adam M. walking down the pedestrian path towards my vehicle. He cut
15. through the parking lot and passed the rear of my vehicle. Suddenly he
16. appeared @ my driver side wind (very close). I rolled my window down.
17. He quickly introduced himself as Adam & we shook hands. He cont'd to have a
18. very strange conversation w/me. The conversation left me questioning his men
19. status. He admitted to living in his car in Pacifica. We spoke several
20. times @ the beach in the proceeding month. He asked if I would like to
21. for a walk. (Oh and over that month he would constantly appear in
22. the water when I went surfing, he would park down the street from
23. my work and sit in the back of his truck and watch me if I came
24. or went. He would hang around the beach parking lot if I stayed in
25. the water late into the evenings and watch me when I got out.)
26. *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers):*
27. This page may be used with any Judicial Council form or any other paper filed with the court

Page 1

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Martin Dean's Essential Forms™

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501
[E116]

1. We went on a walk/hike near the beach. He caught me off-guard
2. a few times trying to hold my hand! I was shocked and
3. confused. When the walk was over I tried to quickly leave!
4. Instead he grabbed me by my beltloop and pulled me to him and
5. asked if I was going to kiss him. I said NO. I wanted to
6. leave. He wouldn't seem to let me go. I tried to distract
7. him by saying I would go to my car and get a business card
8. of mine for him. I gave it to him, he insisted I personally
9. write my # on the back. I thought it an odd request and said
10. no. He persisted. I scribbled the # and left quickly. That
11. night he called. I didn't answer or return the phone call. By
12. 8 AM the next day ~~I~~ He left a message of the love
13. song he wrote for me where he says he is in 'love' with me
14. and 'philosophy won't save us now'. I still did not answer or return
15. his call. He began texting me w/ angry things; .. 'I like Jack
16. Johnson but your ringtone is childish' then, 'Beautiful rose
17. covered in bugs, be careful those things steel sweetness'
18. the, 'where sunscreen today' as though he is watching me.
19. On another occassion he dropped something in the bed of
20. my truck infron't of my work! Then stopped & watched me
21. drive away when I got off. On the day of my first police
22. report (#case 07-2605) I was surfing Linda Mar State Beach, Pacifica
23. when he suddenly appeared on the beach right in front of
24. where I was surfing alone. I became panicked & was not able
25. to paddle back out after catching a wave. When I left

26. (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

27. This page may be used with any Judicial Council form or any other paper filed with the court

Page 2

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Martin Dean's Essential Forms™

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501
[E116]

1. the water I was very scared and nervous. I began to
2. walk up the beach towards the parking lot. Just before
3. the ~~crosswalk~~ I got to crosswalk I felt I was being followed and quickly
4. turned around. Adam Mc. had been 2 steps behind me
5. the entire time. I backed away scared and said, 'What,
6. are you following me?' He appeared very angry and
7. *disturbed* He responded 'Yeah, I am' while advancing
8. towards me. I became fearful for my safety and quickly
9. picked up my pace toward the Hwy 1 crosswalk. He continued
10. to come towards me w/ his hands in his pocket as though he
11. might have had a weapon. He repeatedly asked in an angry
12. raised voice, 'Do you know who I am'. I obviously confused
13. said I didn't understand and repeatedly hit the crossing button.
14. A friend of mine was crossing the Hwy towards us and
15. Adam Mc. ran off into the sand dunes and trees. I
16. raced home still in my wetsuit, then to Pacifica Police Dept.
17. to make a report. The next evening I surfed with a
18. friend. I didn't feel safe going anywhere alone.
19. When I got done surfing I had a text msg. from Adm
20. Mc. saying 'Your gaining weight, pimples on your face, silver
21. hair, your stressed. Take care of yourself, for me. You
22. know how much stress I'm under as well'. I was scared
23. and disturbed. I felt he was constantly stalking me. The
24. day after that I was @ my place of work. When I went
25. to put the garbage outside I was startled to see his vehicle

26. (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

27. This page may be used with any Judicial Council form or any other paper filed with the court          Page 3

Form Approved by the Judicial Council of California MC-020 [New January 1, 1987]
Martin Dean's Essential Forms™
ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper
CRC 201, 501 [E116]

a block away. I quickly went back inside and called P.P.D. They sent 2 officers right away (case #07-2646) This resulted in officer Dave Evans getting me an Emergency Protective Order. I was very greatful. However that was on a weekend. I was not able to apply for a proper restraining order. Adam Mc. left the city of Pacifica the following day. I didn't want to waste the courts time if he was not going to continue to be a problem. However, within the last week of 5/25/07 he has returned to living & sleeping in his vehicle in Pacifica. And intimidating me. On 5/24/07 (yesterday) he went out of his way to approach me in my vehicle to tell me I should have handeled things differently & that he was going to press charges on me. I called P.P.D (case #07-2915) again, they sent officers out In the meantime a friend of my mothers (who also surfs, as does my mother) tells me Adam Mc. was asking him about my mother! (Adam Mc. has no relations with my mother) Adam McD. gave my mothers friend his personal business card to give to my mother to have her contact him. I fear for the safety of myself and my mother, please help. Adam McD. is not employed in or a citizen of Pacifica. And seemingly has no business in the city of Pacifica other than to intimidate and stalk me. He knows his rights and avoids the P.P.D like the plague, I fear he is mentally ill and unstable.

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court

Page 4

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Martin Dean's Essential Forms™

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501
[E116]

**APPLICATION FOR EMERGENCY PROTECTIVE ORDER (CLETS)** — 1295.90

(Name): MEAGHER, CRYSTAL TOWARD ........ has provided the information in items 1-5.

1. **PERSON(S) TO BE PROTECTED** (insert names of all persons to be protected by this order):
   MEAGHER, CRYSTAL TOWARD

   LAW ENFORCEMENT CASE NUMBER: 433412 / 07-2046

2. **PERSON TO BE RESTRAINED** (name): MCDONALD, ADAM JOHN

   Sex: [X] M [ ] F   Ht: 5-06   Wt: 155   Hair color: BRN   Eye color: BLU   Race: W   Age: 32   Date of birth: 12/15/74

3. The events that cause the protected person to fear immediate and present danger of domestic violence, child abuse, child abduction, elder or dependent adult abuse, or stalking (including workplace violence or civil harassment) are (give facts and dates; specify weapons): MCDONALD HAS CONTINUOUSLY FOLLOWED MEAGHER UNTIL 5-11. MEAGHER STATED SHE BELIEVES MCDONALD HAS MENTAL ISSUES AND MAKES HER NERVOUS. MEAGHER AND MCDONALD ARE FORMER PATIENT SUBJECTS.

4. [ ] The person to be protected lives with the person to be restrained and requests an order that the restrained person move out immediately from the address in item 9.

5. a. [ ] The person to be protected has minor children in common with the person to be restrained, and a temporary custody order is requested because of the facts alleged in item 3. A custody order [ ] does  [ ] does not exist.
   b. [ ] The person to be protected is a minor child in immediate danger of being abducted by the person to be restrained because of the facts alleged in item 3.

6. [ ] A child welfare worker or probation officer has advised the undersigned that a juvenile court petition [ ] will be filed. [ ] will NOT be filed.

7. [ ] Adult Protective Services has been notified.

8. Phone call to (name of judicial officer): WEINER, MARIE   on (date): 5/11/07   at (time): 1430
   [ ] The judicial officer granted the Emergency Protective Order that follows.

By: EVANS, DAVID
(PRINT NAME OF LAW ENFORCEMENT OFFICER)        (SIGNATURE OF LAW ENFORCEMENT OFFICER)

Agency: PACIFICA P.D.   Telephone No.: (650) 738-7314   Badge No.: 56

## EMERGENCY PROTECTIVE ORDER

9. To restrained person (name): MCDONALD ADAM
   a. [X] You must not contact, molest, harass, attack, strike, threaten, sexually assault, batter, telephone, send any messages to, follow, stalk, destroy any personal property, or disturb the peace of each person named in item 1.
   b. [X] You must   [X] stay away at least 100 yards from each person named in item 1.
      [ ] stay away at least _____ yards from   [ ] move out immediately from
      (address):

10. [ ] (Name): _____ is given temporary care and control of the following minor children of the parties (names and ages):

11. Reasonable grounds for the issuance of this order exist and an emergency protective order is necessary to prevent the occurrence or recurrence of domestic violence, child abuse, child abduction, elder or dependent adult abuse, or stalking (including workplace violence or civil harassment).

12. **THIS EMERGENCY PROTECTIVE ORDER WILL EXPIRE AT 5:00 P.M. ON:** 05/18/07
    To protected person: If you need protection for a longer period of time, you must request permanent protective orders at (court name and address):
    INSERT DATE OF FIFTH COURT DAY OR SEVENTH CALENDAR DAY, WHICHEVER IS EARLIER; DO NOT COUNT DAY THE ORDER IS GRANTED

## PROOF OF SERVICE

13. Person served (name): MCDONALD ADAM JOHN
14. I personally delivered copies to the person served as follows:   Date: 05/11/07   Time: 1435
    Address: 2017 PALMETTO AVE
15. At the time of service I was at least 18 years of age and not a party to this cause.
16. My name, address, and telephone number are (this does not have to be server's home telephone number or address):
    2075 COAST HWY, PCT, CA 94044   (650) 738-7314
    [X] California sheriff or marshal

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 5/11/07

EVANS, DAVID
(TYPE OR PRINT NAME OF SERVER)   (See reverse for important notices)   (SIGNATURE OF SERVER)

Form Adopted for Mandatory Use
Judicial Council of California
1295.90 [Rev. January 1, 2000]
Approved by DOJ

**EMERGENCY PROTECTIVE ORDER (CLETS)**
(Domestic Violence, Child Abuse, Elder or Dependent Adult Abuse, Workplace Violence, Civil Harassment)

WEST GROUP

Family Code, § 6240 et seq.
Penal Code, § 646.91

ONE copy to court, ONE copy to restrained person, ONE copy to protected person, ONE copy to issuing agency

PSD-71

Your name: Crystal T. Meagher

Case Number: 463316

### ⑨ ☒ Others to Be Protected

Should the other people listed in ③ also be covered by the orders described above?

☒ Yes    ☐ No    ☐ Does not apply

If yes, explain: The person stated in ② has been trying to contact and stalk my mother because of his relation to me. He has harrassed my mother's friends to find info. on her.

### ⑩ Order About Guns or Other Firearms

I ask the court to order the person in ② to be prohibited from owning, possessing, purchasing, or receiving, or attempting to purchase or receive firearms and to sell or turn in any guns or firearms that he or she controls.

### ⑪ ☒ Other Orders

I ask the court to order the person in ② to (specify): no longer sleep in his vehicle in Pacifica as it is against city code, and I am fearful he will stalk me at night if he discovers where I live.

### ⑫ ☒ Temporary Orders

Do you want the court to make orders now on the matters listed in ⑦ through ⑪ that will last until the hearing? ☒ Yes ☐ No

If yes, explain why you need these orders right now: The person in ② has harassed me as recently as yesterday. I am fearful for my safety! I believe he is mentally unstable. He has intimidated and harassed and stalked me on more than several occas[ions] the police reports do not discourage him.

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 12—Temporary Orders" at the top of the page.

### ⑬ Delivery of Orders to Law Enforcement

My lawyer or I will give copies of the orders to the following law enforcement agencies:

a. Name of Agency: PACIFICA POLICE DEPT
   Address: Hwy. 1
   City: Pacifica    State: CA    Zip: 94044

b. Name of Agency: ___
   Address: ___
   City: ___    State: ___    Zip: ___

### ⑭ ☐ Other Court Cases

Have you ever asked any court for other restraining orders against the person in ②? ☐ Yes ☒ No

If yes, specify the counties and case numbers if you know them: ___

**This is not a Court Order.**

Name: Crystal T. Meagher
Address: P.O. Box 1129
Pacifica, CA. 94044
Telephone: (650) 270-5549

FILED
SAN MATEO COUNTY
MAY 29 2007
Clerk of the Superior Court
By _____
DEPUTY CLERK

BEFORE THE SUPERIOR AND MUNICIPAL COURTS OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SAN MATEO

In Re: _____

Plaintiff/Petitioner: Crystal T. Meagher

Defendant/Respondent: Adam John McDonald

No. 463316

DECLARATION FOR ASSIGNMENT
TO NORTHERN BRANCH

I, Crystal T. Meagher, hereby declare:
That I am the PETITIONER in the above entitled matter, and that said matter may be properly assigned to the Northern Branch of the above-entitled Court at South San Francisco, California, as provided in the Rules of the said Court, for the following reason:

Crystal T. Meagher is a resident of the city of Pacifica, within the geographical boundaries of the Northern Branch.

I, declare under penalty of perjury that the foregoing is true and correct.
Executed on 5/25/07, at S.S.F., California

Crystal Meagher
(signature)

Crystal T. Meagher
(print name)

DECLARATION FOR NORTHERN BRANCH ASSIGNMENT

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Crystal T. Meagher<br>P.O. Box 1129 Pacifica, CA. 94044<br>TELEPHONE NO.: (650) 270-5549   FAX NO.:<br>ATTORNEY FOR (Name): | **FILED**<br>SAN MATEO COUNTY<br>MAY 29 2007<br>Clerk of the Superior Court<br>By _____<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo
STREET ADDRESS: 1050 Old Mission Road
MAILING ADDRESS:
CITY AND ZIP CODE: South San Francisco, CA 94080
BRANCH NAME: Northern Branch   www.sanmateocourt.org

CASE NAME: Meagher vs. McDonald

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 463316 |
|---|---|---|
| ☑ Unlimited   ☐ Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

   **Auto Tort**
   ☐ Auto (22)
   ☐ Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   ☐ Asbestos (04)
   ☐ Product liability (24)
   ☐ Medical malpractice (45)
   ☐ Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   ☐ Business tort/unfair business practice (07)
   ☐ Civil rights (08)
   ☐ Defamation (13)
   ☐ Fraud (16)
   ☐ Intellectual property (19)
   ☐ Professional negligence (25)
   ☐ Other non-PI/PD/WD tort (35)

   **Employment**
   ☐ Wrongful termination (36)
   ☐ Other employment (15)

   **Contract**
   ☐ Breach of contract/warranty (06)
   ☐ Collections (09)
   ☐ Insurance coverage (18)
   ☐ Other contract (37)

   **Real Property**
   ☐ Eminent domain/Inverse condemnation (14)
   ☐ Wrongful eviction (33)
   ☐ Other real property (26)

   **Unlawful Detainer**
   ☐ Commercial (31)
   ☐ Residential (32)
   ☐ Drugs (38)

   **Judicial Review**
   ☐ Asset forfeiture (05)
   ☐ Petition re: arbitration award (11)
   ☐ Writ of mandate (02)
   ☐ Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   ☐ Antitrust/Trade regulation (03)
   ☐ Construction defect (10)
   ☐ Mass tort (40)
   ☐ Securities litigation (28)
   ☐ Environmental/Toxic tort (30)
   ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   ☐ Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   ☐ RICO (27)
   ☐ Other complaint (not specified above) (42)

   **Miscellaneous Civil Petition**
   ☐ Partnership and corporate governance (21)
   ☑ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Type of remedies sought (check all that apply):
   a. ☐ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☐ punitive

4. Number of causes of action (specify):

5. This case ☐ is ☑ is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date:

Crystal T. Meagher                                      ► Crystal Meagher
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

**CIVIL CASE COVER SHEET**

American LegalNet, Inc.
www.FormsWorkflow.com

Cal. Rules of Court, rules 3.220, 3.400–3.403;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov