United States District Court
Northern District of California
Clerks Office
1301 Clay Street
Suite 400 South
Oakland, CA 94612

10/19/2007

1  Case No. C 07-05066 WDB

**FILED**
OCT 22 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

2  Honorable Wayne D. Brazil,

3  Contents: Return of Service

4

5  Respectfully,

6  Adam McDonald

7  A. McDonald

8

9

10  A. McDonald #285
    1728 Ocean Avenue
    San Francisco, CA
11  94112

12

AO 440 (Rev. 8/01) Summons in a Civil Action

Case No. C 07 5066 WB

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10/09/07 |
| Name of SERVER McDonald Adam | TITLE |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personally went to Pacifica Main Post Office. I purchased shipping and a certificate of mailing for the assistance of the clerk to deliver to the post office box listed on the original restraining order placed by Crystal Meagher. (see attached copies).

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/09/07
                    Date

Signature of Server  A. McDonald

Address of Server  1728 Ocean Avenue #285
                              S.F., CA 94112

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

```
         PACIFICA MAIN POST OFFICE
            PACIFICA, California
                 940449998
              0567830185 -0098
  10/09/2007    (800)275-8777    10:05:34 AM
                   Sales Receipt
                    Sale  Unit      Final
  Product           Qty   Price     Price
  Description
                                    $2.33
  PACIFICA CA 94044
  Zone-0 First-Class
  Large Env
   9.90 oz.                        ========
                                     $2.33
    Issue PVI:

  Certificate       1   $1.05       $1.05
  of Mailing                       ========
                                     $3.38
  Total:

  Paid by:                           $3.38
  Visa
    Account #:       XXXXXXXXXXXXX7834
    Approval #:      00913A
    Transaction #:   664
    23 903470375

    Order stamps at USPS.com/shop or call
    1-800-Stamp24. Go to USPS.com/clicknship
    to print shipping labels with postage.
    For other information call 1-800-ASK-USPS.

  Bill#: 1000202908082
  Clerk: 09

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
          Thank you for your business.
  ********************************************
  ********************************************
         HELP US SERVE YOU BETTER

       Go to: http://gx.gallup.com/pos

         TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

             YOUR OPINION COUNTS
  ********************************************
  ********************************************


                Customer Copy
```



AO 440 (Rev. 8/01) Summons in a Civil Action

Case No. C 07 5066

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 10/16/07

Name of SERVER: McDonald, Adam

TITLE:

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Employed UPS Legal Services to serve Cafe Pacifica, claimed place of employment of Crystal Meagher, 1821 Palmetto Ave Pacifica, CA. 94044. Note: near locutation of the service of the Emergency Protective Order filed on May 11th, 2007 through Pacifica Police Department.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/16/07
Date

Signature of Server: A. McDonald

Address of Server: 1728 Ocean Ave #205  S.F., CA. 94112

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

From:      <IShip_Services@iship.com>
Sent:      Tuesday, October 16, 2007 11:11 AM
To:        <ADAMJMC@HOTMAIL.COM>
Subject:   Shipment Notification from THE UPS STORE #1694

A carrier shipping label has been generated for the shipment to
CAFE PACIFICA and is at THE UPS STORE #1694 awaiting carrier pickup.

It will be picked up from THE UPS STORE #1694 by UPS on Tuesday, October
16,
2007.

==========================================
SHIPMENT INFORMATION
==========================================
SENDER
    ADAM MC DONALD
    --
    (Sender's street address omitted intentionally from this email)
    US, CA 94112

RECIPIENT
    CAFE PACIFICA
    C/O CRYSTAL MEAGHER
    (Recipient's street address omitted intentionally from this email)
    PACIFICA, CA 94044-2521 US

SHIPPED THROUGH
    THE UPS STORE #1694
    (650) 341-2012

MESSAGE FROM SENDER
    --

CARRIER & SERVICE
    UPS Next Day Air

TRACKING & REFERENCE
    Carrier Trk:    1Z0052WY2469952297
    Shipment ID:    MMDZ4SD6W5GZ8
    Order / Item #: 10407123
    Reference #:    101607CK

SHIP DATE
    Tuesday, October 16, 2007

EXPECTED DELIVERY DATE
    Wednesday, October 17, 2007 10:30 AM

==========================================
TRACKING INFORMATION
==========================================
To get complete tracking information, click the following link:

http://iship.com/track/trk.asp?t=MMDZ4SD6W5GZ8

From:    <iShip_Services@iship.com>
Sent:    Wednesday, October 17, 2007 11:50 AM
To:      <ADAMJMC@HOTMAIL.COM>
Subject: Delivery Notification

```
The shipment to CAFE PACIFICA has been delivered.

================================================
SHIPMENT SUMMARY
================================================
SENDER
    ADAM MC DONALD

    (Sender's street address omitted intentionally from this email)
    San Francisco, CA 94112

RECIPIENT
    CAFE PACIFICA
    C/O CRYSTAL MEAGHER
    (Recipient's street address omitted intentionally from this
email)
    PACIFICA, CA 94044-2521 US

SHIPPED THROUGH
    THE UPS STORE #1694
    650-341-2012

PACKAGE INFORMATION



CARRIER & SERVICE
    UPS Next Day Air

SHIPMENT TRACKING & REFERENCE
    Tracking No.:  1Z0052WY2469952297
    Shipment ID:   MMDZ4SD6W5GZ8
    Order / Item #: 10407123
    Reference #:   101607CK

SHIP DATE
    Tuesday, October 16, 2007

DELIVERY DATE
    Wed 17 Oct 2007 09:55 AM


================================================
TRACKING INFORMATION
================================================
To get complete tracking information, click the following link:
```

http://iship.com/track/trk.asp?t=MMDZ4SD6W5GZ8

AO 440 (Rev. 8/01) Summons in a Civil Action

Case No. C 07 5066

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 10/10/07

Name of SERVER: McDonald, Adam

TITLE:

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☒ Returned unexecuted:

☐ Other (specify):

I employed UPS Legal Services to serve Pacifica Police Department, Captain Velasquez, 2075 Coast Highway, Pacifica, CA. 94044 on the presumption they serve orders relating to domestic violence claims. The documents were returned to my personal mailing address. (See attached letters and copies of documentation).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/10/07
Date

Signature of Server: A. McDonald

Address of Server: 1728 Ocean Ave #285, S.F. CA 94112

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Pacifica Police Department
2075 Coast Highway
Pacifica, California 94044

10/10/07

Captain Velasquez,

Please serve the enclosed Complaint upon Pacifica resident Crystal Meagher. I assume her personal contact information is attached to the reports she filed for the Service of an Emergency Protective Order, she placed upon me, through your department, on May 11th, 2007.

Respectfully,

Adam McDonald #285
1728 Ocean Avenue
San Francisco, CA
94112



**PACIFICA POLICE DEPARTMENT**
2075 Coast Highway • Pacifica, California 94044

JIM SAUNDERS
Chief of Police

*Scenic Pacifica*

10-12-07

Adam McDonald,

I am returning your packet containing court docements that you requested be served upon Crystal Meagher. I am sorry to inform you that this is a service we do not provide.

If you wish to have this person served with legal court documents you will need to hire a legal process server or follow the legal guidelines for service of court documents. The court you obtained the documents from can provide you with direction on how to serve these documents legally.

Sincerely;


Sgt Robert Londerville

Telephone: (650) 738-7314                                                                 Fax: (650) 355-1172

From:     &lt;iShip_Services@iship.com&gt;
Sent:     Thursday, October 11, 2007 12:20 PM
To:       &lt;ADAMJMC@HOTMAIL.COM&gt;
Subject:  Delivery Notification

The shipment to PACIFICA POLICE DEPARTMENT has been delivered.

==========================================
SHIPMENT SUMMARY
==========================================
SENDER
    ADAM MC DONALD

    (Sender's street address omitted intentionally from this email)
    San Francisco, CA 94112

RECIPIENT
    PACIFICA POLICE DEPARTMENT
    ATTN: CAPTAIN VELASQUEZ
    (Recipient's street address omitted intentionally from this email)
    PACIFICA, CA 94044-3038 US

SHIPPED THROUGH
    THE UPS STORE #1694
    650-341-2012

PACKAGE INFORMATION


CARRIER & SERVICE
    UPS Next Day Air Saver

SHIPMENT TRACKING & REFERENCE
    Tracking No.:  1Z0052WY2903271075
    Shipment ID:   MMDZ4SDKB5FXJ
    Order / Item #: 10407082
    Reference #:   101007CK

SHIP DATE
    Wednesday, October 10, 2007

DELIVERY DATE
    Thu 11 Oct 2007 10:01 AM

From: &lt;iShip_Services@iship.com&gt;
Sent: Wednesday, October 10, 2007 10:55 AM
To: &lt;ADAMJMC@HOTMAIL.COM&gt;
Subject: Shipment Notification from THE UPS STORE #1694

```
A carrier shipping label has been generated for the shipment to
PACIFICA POLICE DEPARTMENT and is at THE UPS STORE #1694 awaiting
carrier
pickup.

It will be picked up from THE UPS STORE #1694 by UPS on Wednesday,
October 10,
2007.

==========================================
SHIPMENT INFORMATION
==========================================
SENDER
     ADAM MC DONALD
     --
     (Sender's street address omitted intentionally from this email)
     US, CA 94112

RECIPIENT
     PACIFICA POLICE DEPARTMENT
     ATTN: CAPTAIN VELASQUEZ
     (Recipient's street address omitted intentionally from this
email)
     PACIFICA, CA 94044-3038 US

SHIPPED THROUGH
     THE UPS STORE #1694
     (650) 341-2012

MESSAGE FROM SENDER
     --

CARRIER & SERVICE
     UPS Next Day Air Saver

TRACKING & REFERENCE
     Carrier Trk:     1Z0052WY2903271075
     Shipment ID:     MMDZ4SDKB5FXJ
     Order / Item #:  10407082
     Reference #:     101007CK

SHIP DATE
     Wednesday, October 10, 2007

EXPECTED DELIVERY DATE
     Thursday, October 11, 2007 03:00 PM
```