Adam McDonald
1728 Ocean Avenue #285
San Francisco, CA
94112

E-FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1   UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF CALIFORNIA

3   Adam McDonald    vs.   Crystal Meagher
    Plaintiff                    Defendant
4   Case No. C 07 5066 WDB

5   "Plaintiff's, A. McDonald, Motion for

6   entry of Default."

7   Time: Case Schedule

8

9       The defendant has been served with

10  a summons and a complaint and has failed

11  to file a written responce to the com-

12  -plaint within the appropriate amount of

13  time.

14      Returns of Service have already been

"P's motion for Entry of Default        1        # 07-5066WDB

1. filed with the court but not with the
2. defendant. Returns of service have not
3. been filed with this motion to avoid
4. redundancy. Facts supporting the claim
5. will be articulated in a "Declaration
6. of Plaintiff's motion of Default Judgment"
7. to be filed, thereafter, entry of default
8. granted by the Court.
9. Today: November 12, 2007.
10.
11. A. McDonald
    A. McDonald
12.
13.
14.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 11/13/2007

Name of SERVER: Adam McDonald

TITLE:

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served defendant a copy of "Plaintiffs' Motion for Entry of Default" using U.S. Postal Service certified mail to Crystal Meagher, P.O. Box 1129, Pacifica, CA. 94044.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/13/2007
Date

Signature of Server: A. McDonald

Address of Server: 1728 Ocean Avenue #285, S.F. CA. 94112

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $0.41 | 0252 |
| Certified Fee | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.06 | 11/13/2007 |

Sent To: Crystal Meagher
Street, Apt. No.; or PO Box No.: P.O. Box 1129
City, State, ZIP+4: Pacifica, CA 94044

Article Number: 7007 1490 0002 2960 5015

PS Form 3800, August 2006 — See Reverse for Instructions

Clerks Office
United States
Northern Dis[trict]
1301 Clay S[t]
Suite 400
Oakland,
94612

UPS GROUND
TRACKING #: 1Z 110 82W 03 9650 5559
BILLING: P/P
REF #1: 2B241729
REF #2: 20071113

SHIP TO:
CLERK S OFFICE
US DISTRICT COURT N CALIF DISTRICT
STE 400 SOUTH
1301 CLAY ST
OAKLAND CA 94612-5200

ADAM MC DONALD
(415) 412-4212
THE UPS STORE #2152
7 W 41ST AVE
SAN MATEO CA 94403

1 LBS 1 OF 1
SHP WT: 1 LBS
DATE: 13 NOV 2007

CA 946 9-01