**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

November 15, 2007


RE:  CV 07-05066 WDB        ADAM MCDONALD-v- CRYSTAL MEAGHER


Default is declined as to defendant, Crystal Meagher, on November 15, 2007.



                RICHARD W. WIEKING, Clerk


                by:  Cynthia Lenahan
                Case Systems Administrator