1 UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

FILED

3 Adam McDonald      vs.    Crystal meagher  NOV 2 0 2007

Plaintiff                      Defendant

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4 Case No.    C 07 - 5066 WDB

5 " DECLARATION OF Adam McDonald IN SUPPORT

6  OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT."

7 Proof: showing defendant was served on time

8 with complaint. I have enclosed proof of service copies,

9 including signature returns not filed with the court within

10 the original proof of services. I made more than three

11 attempts to serve the complaint to the defendant. (10/09/07)

12 P.O. Box in pacifica, (10/10/07) Pacifica Police Department,

13 and (10/16/07) Café Pacifica (stated workplace of defendant).

14 (see attached documents).

Declaration of P's motion                1                    # 07-5066WDB

1  Proof: Of facts supporting Complaint.

2  Defendant, Crystal Meagher, was served and had

3  sufficient time to file a responce. She is not

4  an infant and is over twenty one years of age.

5  Summary of dates: (01/15/07) Met Crystal Meagher

6  when I rescued her surfboard from being swept out

7  to sea. Over the next few months I would frequently

8  see her in public areas and while surfing. (04/08/07)

9  Sunday, Easter, Morning, spoke with Crystal for the

10  first time at Rock-a-way Beach. I was staying at

11  the Pacifica Motor Inn. On the night of (04/14/07)

12  Saturday, She and friend Brie approached me

13  in Linda Mar, Safeway, parking lot. The three of

14  us talked inside the cab of my truck. I gave C.M.

Declaration of P's motion
On truck Judgment

2

#07-5066WDB

1  my mobile phone number. (04/14/07 — 04/19/07) a

2  few unplanned meetings/conversations. (04/20/07)

3  Friday, afternoon Meagher met me for arranged

4  walk near Rock-a-way Beach. We walked, talked,

5  I held her hand, she made no objections. She offered

6  her number to me. (04/23/07) I see Crystal parked at

7  Southern lot at Rock-A-way beach. with male aquantances.

8  my first and last direct call to her, recited poem.

9  (04/20/07 — 05/11/07) frequently saw Meagher in

10  public areas. I sent her text messages. (05/11/07)

11  Emergency Protective Order by Pacifica Police Department.

12  I left the city of Pacifica (05/11/07 ÷ 05/21/07). End.

13  Summary.

14

1  C. Meagher did not contact me by phone or

2  other to inform no association. She did not

3  warn me of the Emergency Protective Order or

4  the Civil Restraining order.

5  (05/25/07) Deffendant Signed Declaration

6  "Penalty of Perjury" CIV463316 (see attached

7  document) Case #463316 is filled with false

8  accounts and distortions. It reveals no acts

9  of physical or verbal abuse upon person or property.

10  (05/23/07) I recieved threatening call from

11  unidentified male telephone # 650-826-1952. Defendant

12  and male driving copper colored SUV, parked several

13  yards away, Sunset, Roberts Overlook. (Errors on

14  Police report)
Declaration of P's motion
for Default Judgment

4

#07-5066WDB

1 (06/29/2007) Redwood City, view documents filed with

2 San Mateo Superior Court. My defence not collected

3 or filed. Mother of plaintiff, April Schneider, numerious

4 cases over the last decade. (see pay stub).

5 (06/08/07) Friday, Morning, Rock-A-way Beach,

6 North lot, man in mauve Volvo station wagon (Lp#

7 5RXF627) Surved cort order (see C-H-130) Not surved

8 in a timely manner, 4 days prior to hearing or

9 only two business days.

10 (06/12/07) Court Hearing, (see Complaint McDonald

11 vs. Meagher). three cases prior, lasted 30 minutes,

12 all present sworn in by oath. Crystal Meagher

13 said "yes" after hearing my defence. I recieved

14 Traffic Violation when leaving South San Francisco

1 Superior Court of California. (see San Mateo

2 County, Failure to obey Sign Signal). at 10:27 AM.

3 In Meagher's Complaint she uses false labels

4 such as "mehtal Issues" or "stalker" however

5 contradicts her claim by admitting to our walk on

6 (04/20/07). She lied in her complaint about her

7 emotional experience. She lied that I called her

8 that night. (upon request reference phone documents).

9 Although, Crystal Meagher, may not be formally

10 employed at the Café on Palmetto Avenue,

11 her friend, Britt, works there. Perjury.

12 Pages two through six facts supporting complaint.

13 Proof of facts supporting damages.

14

Declaration of P's motion
for Default Judgment

#07- 5066DWB

1    The Civil protective order denies me rights of the

2    2nd Amendment, Article 2 of the Bill of Rights.

3    (see DV 810).

4    The Protective order convicts me of a crime

5    without having commited a crime, there is not

6    a criminal process, yet my rights and freedoms have

7    been taken away.

8    Prior to this cort order I did not have a police record,

9    not even a trafic violation.

10   It hinders my ability to find work in the field of

11   education, mandatory Live scan and various types

12   of backgrand checks. I have a Masters Degree

13   in education, Sabatage of over five years of schooling.

14   The defendant and Judge were informed during my

Declaration of P's motion
Re Default Judgement.

7

#07- 5066 WDB

1  defence on (06/12/07) of my work with

2  Children. (see masters Degree).

3  I was employed as a substitute teacher at

4  Pacifica School District, 373 Reina Del Mar,

5  Pacifica, CA 94044. (see attached letter,

6  Paystub, and childabuse Report form). Pacifica School

7  District did not contact me at the beginning of

8  the 2007-2008 School year. I have had to

9  relocate to a new town and find other forms

10  of employment.

11  Defendant used police and male friends to harass

12  me. I have been threatend. I have suffered

13  wrongful incrimination, disempowerment, issolation,

14  depression, Stress (revealed in rashes and teethgrinding)

Declaration of P's motion
for Default Judgment                    8                    # 07-5066wDB

1  I have not been provided equal protection under the

2  law, Constitutional rights taken away and denied, I

3  have become sceptical of law enforcment to properly

4  up hold thier duties honestly, furthered distrust in

5  people, I have been fearfull to "date", or meet

6  and develop romanic relations. I have not been

7  able to visit public beaches, Safeway, and reststops

8  in the city of Pacifica.  Settlement, (see original Mc Donald vs.

9  Complaint) Removal of civil restraining order and Meagher

10  all restrictions pertaining Placed by the defendant

11  Crystal Meagher, Removal of name and records from

12  Domestic Violence Hotlines, Police data bases, and

13  other law directories.  $ 2, 000, 000

14  Compensation. I have been lied about in State Court.

1   "I  Declare under penalty of perjury that

2   the foregoing is true and correct.  Executed

3   on Saturday, November, 17th 2007. "

4

5   A.  McDonald

6   A. McDonald                          11/17/2007

7

8

9

10

11

12

13

14   "Declaration of P's motion
     for Default Judgment"              10              # 07- 5066WDB

AO 440 (Rev. 8/01) Summons in a Civil Action

Case No  C 07 5066

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10 / 16 / 07 |

| Name of SERVER | | TITLE |
|---|---|---|
| McDonald, Adam | | |

*Check one box below to indicate appropriate method of service*

| | |
|---|---|
| ☐ | Served Personally upon the Defendant. Place where served: |
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. <br> Name of person with whom the summons and complaint were left: |
| ☐ | Returned unexecuted: |
| ☒ | Other (specify): |

Employed UPS Legal Services to Serve Cafe Pacifica, claimed place of employment of Crystal Meagher, 1821 Palmetto Ave Pacifica, CA. 94044. Note: near locutation of the Service of the Emergency Protective Order filed on May 11th, 2007 through Pacifica Police Department.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10 / 16 / 07
                  Date

Signature of Server    A. McDonald

Address of Server    1728 Ocean Ave #205
                     S. F., CA.  94112

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

PG 1
6/14



**UPS**

**Confirmation of Delivery**

Shipper No. 005-2WY          No. 1Z0052WY2469952297
THE UPS STORE

Image of Signature

Recipient          STEWART

Delivered 10-17-07

AO 440 (Rev. 8/01) Summons in a Civil Action

Case No.  C  07  5066

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10/10/07 |

| Name of SERVER | TITLE |
|---|---|
| McDonald, Adam | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☒ Returned unexecuted:

I employed UPS Legal Services to
Serve Pacifica Police Department, Captain
Velasquez, 2075 Coast Highway, Pacifica,
CA. 94044 on the presumption they serve
orders relating to domestic violence claims.

☐ Other (specify):
The documents were returned to my personal
mailing address. (see attached letters and
copies of documentation).

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/10/07
        *Date*

*Signature of Server*  A. McDonald

172B Ocean Ave #285
*Address of Server*  S. F. CA  94112

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Name: Crystal T. Meagher

Address: P.O. Box 1129

Pacifica, CA 94044

Telephone: (650) 270-5549

**BEFORE THE SUPERIOR AND MUNICIPAL COURTS OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SAN MATEO**

In Re: _____

Plaintiff/Petitioner: Crystal T. Meagher

Defendant/Respondent: Adam John McDonald

No. _____ 463316

DECLARATION FOR ASSIGNMENT

TO NORTHERN BRANCH

I, Crystal T. Meagher _____, hereby declare:
That I am the PETITIONER _____ in the above entitled matter, and that said matter
may be properly assigned to the Northern Branch of the above-entitled Court at South San Francisco,
California, as provided in the Rules of the said Court, for the following reason:

Crystal T. Meagher is a resident of the city of Pacifica _____, within the
geographical boundaries of the Northern Branch.

I, declare under penalty of perjury that the foregoing is true and correct.
Executed on 5/25/07 _____, at S.S.F. _____, California

Crystal Meagher
*(signature)*

Crystal T. Meagher
*(print name)*

DECLARATION FOR NORTHERN BRANCH ASSIGNMENT

Pg 4
LN 7

```
****************************************
* SAN MATEO SUPERIOR COURT            *
*                                     *
* Southern Branch                     *
*-------------------------------------*
* Receipt # 200706290106  Oper: HBOTT *
*  6/29/07 Case #    JUN2007B         *
* Case Type .: Unlimited Civil        *
* Payment Type: CASH                  *
* Received:          $11.00           *
*        Fee :       $11.00           *
* Change:            $0.00            *
*              - Name -               *
* JUNE 2007 PAYMENT CASE              *
* Copywork - Regular                  *
****************************************
```

Pg 5
Ln 4

## CH-130    Proof of Personal Service

Clerk stamps date here when form is filed.

(1) Name of person asking for protection:
Cristal T. Meacher

(2) Name of person you want protection from:
Adam John McDonald

(3) **Notice to Server**
The server must:
- Be over 18 years of age.
- Not be listed on the restraining order.
- Give a copy of all documents checked in (4) to the person in (2). (You cannot send them by mail.) Then complete and sign this form, and give or mail it to the person in (1).

Fill in court name and street address:
**Superior Court of California, County of San Mateo**
1050 Old Mission Road
South San Francisco, CA 94080

www.sanmateocourt.org
Fill in case number:
Case Number:
46-3316

## PROOF OF PERSONAL SERVICE

(4) I gave the person in (2) a copy of the documents checked below:
a. ☒ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)*
b. ☒ CH-100, *Request for Orders to Stop Harassment*
c. ☒ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)
d. ☒ CH-145, *Proof of Firearms Turned In or Sold* (blank form)
e. ☒ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*
f. ☒ CH-140, *Restraining Order After Hearing to Stop Harassment*
g. ☐ Other (specify): _____

(5) I personally gave copies of the documents checked above to the person in (2):
a. On (date): 6/8/07   b. At (time): 9.50 a.m. ☒ a.m.   ☐ p.m.
c. At this Address: Rockaway Beach Northern Parking Lot
City: Pacifica        State: CA   Zip: 94044

(6) **Server's Information**
Name: Stan Schneider
Address: P.O. Box 1129
City: Pacifica        State: CA   Zip: 94044
Telephone: (650) 355·5445
(If you are a registered process server):
County of registration: _____   Registration number: _____

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 6/8/07

Stan Schneider                    ▶ St Sch
Type or print server's name          Server to sign here

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2005, Optional Form
Code of Civil Procedure, §§ 527.6 and 527.9
**Proof of Personal Service**
**(Civil Harassment)**
CH-130, Page 1 of 1
American LegalNet, Inc.
www.USCourtForms.com

Pg 5
LN 7

# SAN MATEO COUNTY

Notice To Appear Form Approved By Judicial Council Of California
10/25/2000  V.C.40500(b),  40513(b),  40522,  40600,  P.C. 853.9

Agency: DALY CITY PD                    Beat:3

**NOTICE TO APPEAR**                    Misdemeanor: **N**

Date: **TUE 06/12/2007**   Time: **10:24AM**   Citation:**20476023**

Owners Responsibility: Y

Name: **ADAM MCDONALD**                                      (VC 40001)
Addr: 1728 OCEAN                 City: SAN FRANCISCO    St: CA    Zip: 94112
Driver Lic: **A8732615**              St: **CA**  Exp: 12/18/'07
Sex: M   Hair: BRN   Eyes: BLU   Ht: 5-06   Wt:155   Age: 32   DOB: 12/18/1974   Race: W
Other ID:                    Comm Lic: **N**   Juvenile? **N**

Veh Lic: **5G16504**                                 St:**CA**   Exp: **05/08**
Year: 92   Make: FORD      Model: RANGER       COMMERCIAL VEHICLE: **N**  (VC 15210(b))
Style: PICKUP            Color: GRN           HAZARDOUS MATERIAL: **N**  (VC 353)
Passengers:                       Evidence of Financial Responsibility:

Registered Owner Name: ADAM MCDONALD
Addr: 1728 OCEAN                 City: SAN FRANCISCO    St: CA    Zip: 94112

Correctable Violation( CVC 40610) ( Yes/No)        Booking Required: **N**   Finger Print: **N**
     Violation Code        Violation Description
**N** 21461 (A) CVC       FAILURE TO OBEY SIGN SIGNAL              Misd/InFrac
                                                                      **I**

Speed Approx: **12**    P/F Max Speed: **25**   Posted Speed: **25**   Radar Used:        Signed: **Y**
Via Loc: OLD MISSION ROAD NEAR OAK ST. SOUTH SAN FRANCIS
Conditions:
Remarks: RIGHT TURN ONLY
         1024 OLD MISSION ROAD

                          Accident: N      Over:          Cite Type: TRF
WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME & PLACE LISTED BELOW:
Signature

WHEN: **ON OR BEFORE 07/31/2007 AT 08:30AM**
WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE
WHERE: BEFORE A JUDGE OR CLERK OF THE

**NORTHERN BRANCH-SUPERIOR COURT**
1050 OLD MISSION RD SO. SAN FRANCISCO, CA 94080 (650) 877-5355
To be Notified? **N**    You may arrange to appear at a night session of court: **N**
Violations not committed in my presence, declared on information and belief: **N**
Citing: WOODS            ID: 160      Arresting:           ID:

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THE
            FOREGOING IS TRUE AND CORRECT.
            Arresting or Citing Officer                        Date
                         See Reverse

Pg 6
LN 2



**DV-800/JV-252**    **Proof of Firearms Turned In or Sold**

Clerk stamps below when form is filed.

Protected person's name:

_____

Your name (restrained person):

_____

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*

_____

City: _____ State: _____ Zip: _____
Your phone # *(optional):* (_____) _____
Your lawyer *(if you have one): (Name, address, phone #, and State Bar #):*

_____
_____
_____

Court name and street address:

Superior Court of California, County of

Case Numbers:

**To the person selling or turning in firearms:**

When you sell or turn in your firearms, ask law enforcement or the gun dealer to complete item    or    and item    . After the form is signed, take it to the court clerk. Keep a copy. For help, read Form DV-810.

| **To: Law Enforcement** | **To: Licensed Gun Dealer** |
|---|---|
| Fill out parts    and    of this form. Keep a copy and give the original to the person who turned in the firearms. | Fill out parts    and    of this form. Keep a copy and give the original to the person who sold the firearms to you. |
| The firearms listed below were turned in on: | The firearms listed below were sold on: |
| Date: _____ at: ____ ☐ a.m. ☐ p.m. | Date: _____ at: ____ ☐ a.m. ☐ p.m. |
| To: _____ | To: _____ |
| *Name and title of law enforcement agent* | *Name of licensed gun dealer* |
| | (_____) _____ |
| | *License number*    *Telephone* |
| *Name of law enforcement agency* | *Address* |
| I declare under penalty of perjury under the laws of the State of California that the information above is true and correct. | I declare under penalty of perjury under the laws of the State of California that the information above is true and correct. |
| ➤ _____ | ➤ _____ |
| *Signature of law enforcement agent* | *Signature of licensed gun dealer* |

**Firearm Make**                    Model              Serial #

1. _____      _____      _____
2. _____      _____      _____
3. _____      _____      _____

☐ *Check here if more firearms. Attach a sheet of paper and write "DV-800, Item 6 — Firearms Turned In or Sold" at the top. Include make, model and serial # for all other firearms.*

Judicial Council of California, www.courtinfo.ca.gov
New January 1, 2003, Optional Form
Family Code, § 6389 et seq.    **Proof of Firearms Turned In or Sold**
(Domestic Violence Prevention)    **DV-800/JV-252**, Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com

The Trustees of

The California State University

on recommendation of the faculty of

San Francisco State University

have conferred upon

Adam John McDonald

the degree of

Master of Arts

Education (Secondary Education)

with all rights and privileges pertaining thereto

Given on this third day of January, two thousand six.

Chair of the
Board of Trustees

President of the University

Governor and President
of the Trustees

Chancellor



Pg 8
Ln 2



US POSTAGE

045J83079618

$0.390

04/17/2007

Mailed From 94044

neopost

PACIFICA SD

Adam McDonald
1728 Ocean Ave # 285
San Francisco, CA



*Pacifica School District*

375 Reina Del Mar Avenue
Pacifica, CA 94044

94112+1737 C004

LEAVE AND EARNINGS STATEMENT

CHECK NO.

| YEAR-TO-DATE TOTALS SECTION 125 | | RET BIO | | ARS | REV/SB | SDI | DNP | |
|---|---|---|---|---|---|---|---|---|
| GROSS | TAX SHELTER | TAX GROSS | VOL DEDS. | FEDERAL TAX | STATE TAX | FICA | MEDICARE | NET PAY |
| 10,500 | | 10,500 | | | | 651 | 152 | 9,697 |

| TOTAL GROSS | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 10,500 | 10,500 | 803 | 9,697 |

* PRETAX DEDUCTIONS    .00

TOTAL EMPLOYER    1,126

FEDERAL TAX
FICA
MEDICARE
WORKER'S COMP
SUPPLY

TAX
TAX
TAX

1  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

2

3  Adam McDonald    vs. Crystal Meagher
      Plaintiff              Defendant

4  Case No. C 07 - 5066 WDB

5      " Proposed Order "

6  Court  to  create  orders necessary.

7

8

9

10

11

12

13

14
   " proposed order "                        # 07 - 5066 WDB

AO 440 (Rev. 8/01) Summons in a Civil Action

C O7 – 5066 WDB

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11/19/2007 |

| Name of SERVER | TITLE |
|---|---|
| A. McDonald | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): U.S. Postal Service Certified Mail to Crystal Meagher, P.O. Box 1129, Pacifica, CA 94044

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/19/2007
             *Date*

Signature of Server  *A. McDonald*

#285

Address of Server  1728 Ocean Avenue   San Francisco, CA 94112

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

