**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**January 4, 2008**

**CASE NUMBER:  CV 07-05066 WDB**
**CASE TITLE:  ADAM MCDONALD-v-CRYSTAL MEAGHER**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SAMUEL CONTI** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: January 4, 2008

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies         Special Projects
Log Book Noted                        Entered in Computer 01/04/08 cl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel               Transferor CSA