IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MCDONALD, | |
| Plaintiff, | No. C 07-05066 JSW |
| v. | |
| CRYSTAL MEAGHER, | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSING ACTION** |
| Defendant. | |

The Court has reviewed Magistrate Judge Wayne D. Brazil's Report and Recommendation regarding that this case be dismissed for lack of subject matter jurisdiction. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect except with respect to the dismissal with prejudice. Accordingly, the Court HEREBY DISMISSES this action for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: February 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

MCDONALD et al,

        Plaintiff,

  v.

MEAGHER et al,

        Defendant.
                                  /

Case Number: CV07-05066 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam McDonald
1728 Ocean Avenue
No. 285
San Francisco, CA 94112

Dated: February 6, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk