IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAM MCDONALD,

    Plaintiff,                            No. C 07-05066 JSW

  v.

CRYSTAL MEAGHER,                    **JUDGMENT**

    Defendant.

      Pursuant to the Order granting adopting Magistrate Judge Wayne D. Brazil's Report and Recommendation and dismissing this action for lack of subject matter jurisdiction, this action is DISMISSED. The Clerk is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MCDONALD et al,

        Plaintiff,

  v.

MEAGHER et al,

        Defendant.

Case Number: CV07-05066 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam McDonald
1728 Ocean Avenue
No. 285
San Francisco, CA 94112

Dated: February 6, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk